JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| QUANG VINH HUYNH, | ) Case No. 5:26-cv-02405-SP |
| Petitioner, | ) |
| v. | ) **JUDGMENT** |
| D. MARIN, et al., | ) |
| Respondents. | ) |

Pursuant to the Memorandum Opinion and Order Granting Petition filed contemporaneously with the filing of this Judgment,

IT IS HEREBY ADJUDGED that the Petition is granted.

Dated: June 16, 2026



SHERI PYM
United States Magistrate Judge